No. 588. RICHARDSON *v.* BRITTON, DEPUTY COMMISSIONER, DISTRICT OF COLUMBIA COMPENSATION DISTRICT, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Richard L.*

*Merrick* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Herman Marcuse* for Britton, respondent.